9890.   CENTRAL OF GEORGIA RAILWAY CO. *v.* LOCKETT.

LUKE, J. The petition was not subject to the demurrer. The charge of the court was full and fair. The evidence, though weak, was sufficient to authorize the verdict, which has the approval of the trial judge. For none of the reasons assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED OCTOBER 15, 1918.

Action for damages; from city court of Americus—Judge Harper. May 24, 1918.

*R. T. Hawkins, Yeomans & Wilkinson,* for plaintiff in error.
*H. O. Jones, Hixon & Pace,* contra.